*TIMOTHY WOODS*
*SS# 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*
*REG. NUMBER # 09369002*
*MONTGOMERY, CITY JAIL*
*P.O. BOX 159 MONTGOMERY, AL 36101*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

**RECEIVED**

2007 SEP 21  A 9: 58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Full name and prison name of )
Plaintiff(s) )
)
v. )  CIVIL ACTION NO. *2:07CV 852 - WHA*
)  (To be supplied by Clerk of U.S. District
*DAVid A. Conoly, PROBATION* )  Court)
*OFFICER DOWN TOWN PROBATION* )
*OFFICE, MONTGOMERY,* )
*ALABAMA 36104 OFFICER* )
*ARMSTRONG MONTGOMERY,* )
*POLICE DEPARTMENT* )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐   No ☑

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?      YES ☑      NO ☐

C.    If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s)  *TIMOTHY WOODS REG. NUMBER # 09369002*
*MONTGOMERY, CITY, JAIL P.O. BOX 159 MONTGOMERY, ALABAMA 36101*

Defendant(s) *DAVid A. Conoly, PROBATION OFFICER*
*And OFFICER ARMSTRONG, RACIST; ku klux klansman*

2.    Court (if federal court, name the district; if state court, name the county)
*MONTGOMERY, FEDERAL COURT; UNITED STATES*
*FEDERAL COURT; MONTGOMERY ALABAMA 36101*
*P.O. BOX 711*

I NEED
Civil Rights F.B.I
AGENTS And U.S. ATTORNEYS
to COME SEE TODAY And
get me out of this place!
TODAY! I NEED
S.O.S HELP! TODAY!

Timothy Woods

SS# 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
Reg, number # 09369002

3. Docket number _____ *N/A*

4. Name of judge to whom case was assigned _____ *N/A*

5. Disposition (for example: was the case dismissed? Was it appealed?  Is it still pending ?) _____ *N/A*

6. Approximate date of filing lawsuit _____ *N/A*

7. Approximate date of disposition _____ *N/A*

II. PLACE OF PRESENT CONFINEMENT _MONTGOMERY, CITY JAIL_

_P.O. BOX 159 Montgomery, ALABAMA 36101_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _AT home, In_
_GEORGIAVA, ALABAMA 36033_ _Rte 3 Box 23_

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|

1. _DAvid A. Conoly, PROBATION OFFICER Down Town montgomery, ALABAM_
_montgomery, ALABAMA 36104_

2. _OFFICER ARMstrong, montgomery police DEPARTMENT, MONTGOMERY, Al_

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _On the 5/8/2007_
_DAvid A. conoly probation OFFicer! OFFicer Armstrong_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:
    _Also; Supporting FACTS!_
    GROUND ONE: _DAvid A. Conoly u.s. FedeRAl pRobation oFFicer_
_Down Town, Federal probation OFFice, Montgomery, ALABAMA 3610_

_DAvid A. Conoly, PROBATION OFFicER, Said that I WAS NOT TAKEN;_
_MY MENTAl, HEAltH; MEdicAtions, BECAuSE I WAS taken my; mentAl,_
_HEAltH; MEdicAtions, what DoctoR; psychologys, MR. powell; AT the_
_GREENVille, AlABAMA; MENTAl HEAltH; CENTER! MEdicAtions; that;_
_DOCTOR, Psychologys, MR. Powell, give me onces, A month! At the MENTAl_
_HEAltH; CENTER! In; GREENVille, AlABAMA! DOCTOR POWELL, SAid that I_
_CAn get my MENTAl; HEAltH, funds Checks! BACK TODAY! And I WAS getting_
_my MENtAl; HEAltH, Checks; once A month; for $4,900.00 DOllARS!_

EVERY month, through the year, to get my MENTAL, HEALTH; funds check; once, every MONTH; through the YEAR! I need to get my MENTAL, HEALTH; funds Checks! I need S.O.S HELP! TODAY! I need FOR the U.S. ATTORNEYS HERE IN MONTGOMERY, ALABAMA; to get ME OUT OF this place! TODAY! And WRITE ME BACK TODAY! I need YOU to HAVE the Feds to come get ME, Out of this place! TODAY! BECAUSE DAVID A. Conoly, SAid that I CAN go home, TODAY! OR to the halfway, house! TODAY! I WAS AT my MOTHER House, IN GEORGIANA, ALABAMA And DAVID A. Conoly, told me; here is A card And he give ME his card, to, CALL him; WHEN I need to talk to him! FEDERAL COURT! I need for the FEDERAL AgenTS OF Civil RightS HERE; IN montgomery, ALABAMA; TO COME And get ME OUT OF THIS PlACE! TODAY! BECAUSE DAVid A. Conoly, is A RACIST, Ku Klu KlansmAn! BECAUSE I Suppose to Be AT my MOTHER house; IN GEORGIANA ALABAMA, I need for the U.S. ATTORNEY; HERE IN MONTGOMERY ALABAMA; TO COME get ME OUT OF, this, montgomery, City; JAil! TODAY! BECAUSE I Am ready to go home, TODAY! I need to get my clothes And PROPERTY; From, my MOTHER house And UNClE house; IN GEORGIANA; ALABAMA TODAY! I need S.O.S HElP! TODAY! I need to go home TODAY! I need the civil RightS;

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

U.S. ATTORNEY'S; HERE IN MONTGOMERY, ALABAMA; to come see me and get me out of this montgomery, ALABAMA; city JAIL! TODAY! I NEED to go home TODAY COME get me out of this place! TODAY! I need to get OUT OF this place, TODAY! U.S. ATTORNEY; I need S.O.S HELP! TODAY

GROUND TWO: OFFICER ARMSTRONG, CAME to my MOTHER; house, IN GEORGIANA; ALABAMA, And taken my CAR; And DRIVE my CAR; to the montgomery, ALABAMA police station; And to the montgomery police Pound!

SUPPORTING FACTS: OFFICER ARMSTRONG, had no probable CAUSE; to take my CAR And DRIVE it to the montgomery police station, here in montgomery, ALABAMA; OFFICER ARMSTRONG, had; no, Jurisdiction to come to GEORGIANA, ALABAMA on the 5/6/2007 And come from montgomery, ALABAMA, to GEORGIANA, ALABAMA with David A Conoly, And OFFICER; ARMSTRONG, TAKEN my CAR And DRIVE it to the montgomery, ALABAMA; police; station here in montgomery, ALABAM

GROUND THREE:

THEY ARE Ku Klux Klansman DAVID A. Conoly ! OFFICER ARMSTRONG

SUPPORTING FACTS: DAVID A. Conoly And OFFICER ARMSTRONG! HAVE no probable CAUSE; to HAVE ME IN this place! THE Montgomery, city, JAIL! OR, FOR, THESE; Ku Klux KlansMANS; FOR TAKEN my CAR! IN this Civil Rights LAW SUIT, I AM Asking, FOR $100, Million DOLLARS, TODAY! IN CASH; TODAY And A BUS ticket to go home; TODAY! I NEED S.O.S HELP! TODAY! S.O.S. Help! TODAY! S.O.S Help! TODAY! S.O.S Help! TODAY! I NEED S.O.S HELP! TODAY! S.O.S HELP! TODAY!

# AFFiDAViT

## SUPPORTING FACTS;

SWORN AFFIDAVIT OF TRUTH

THE montgomery police station; officer Armstrong; had no; probable cause; to take my car; from, my mother house; in Georgiana, Alabama; And drive my car to the montgomery police station And officer Armstrong, had, no; probable, cause or the Jursdiction, to come to Georgiana, Alabama with David A. Conoly, Probation officer And officer Armstrong taken my car from my mother house! And drive my car to this montgomery, Alabama; police station here; In montgomery! United States Federal Court, I need to get my car back, from officer Armstrong, At the montgomery Alabama police station! Because officer Armstrong, had no; Jursdiction or probable cause to come to Georgiana, Alabama, from montgomery, Alabama; with RACIST David A. Conoly And they Are ku klux klansmans! officer Armstrong, is A montgomery Alabama city police, officer! officer Armstrong; had no, probable; cause, or the Jursdiction; or; no; probable; cause, to come from montgomery Alabama; to Georgiana, Alabama; To take my car to the montgomery, police; station! And to the police pound! officer; Armstrong; kept! my car! In this Civil Rights LAW suit I Am Asking for $100, Million Dollars, In cash! Today And A bus ticket to go home; Today! I need the Civil Rights F.B.I Agents And civil Rights U.S. Attorney, to come And get me out of this place! Today! Before I get killed; By David A. Conoly, And officer Armstrong! Federal Court, I need S.O.S Help! Today! HAVE; the F.B.I Agents! And the U.S. Attorneys, to come get me out of this place! Today! Because I suppose to be At home! with my mother!

*AFFIDAVIT*

*SWORN AFFIDAVIT OF TRUTH*

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

get Civil Rights U.S. ATTORNEY's, TODAY! for me And
Civil Rights, F.B.I Agents; TODAY! for me And have
them; to come see me TODAY! And get me out of
this place; TODAY! I need S.O.S Help! TODAY!
BECAUSE I Do not suppose, to Be in this montgomery
City Jail! I need to go home TODAY! I need the

Civil Rights F.B.I Agents!
And the U.S. ATTORNEY's to
come get me out; this place! TODAY!

_Timothy Woods_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

I Timothy

WOODS, SS# 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

Executed on ___9/21/2007___.
(Date)

_Timothy Woods_
Signature of plaintiff(s)

I did no WRONG

to no one in montgomery,

ALABAMA OR no WHERE!

RACIST DAVid A. Conoly,

SAid I WAS going to A halfway

house; About A month; Ago!

And I Do not suppose to BE

In this place! I have BEEN

in this place; for About; five,

months! I only take mental, Health;

medications; BECAUSE my; girl, friend; die,

In; A CAR, CASh! Some while Ago! I need

S.O.S Help! TODAY! I need to go home;

TODAY! BECAUSE I FEAR for my well Beings!

Civil Rights F.B.I Agents, And civil Rights;

U.S. ATTORNEYS come see me TODAY! And get me out of this place! TODAY!

S.O.S
HE
TODAY



USA 41

MONTGOMERY AL 361

20 SEP 2007 PM 1 L

TIMOTHY WOODS
REG. NUMBER # 0930003
MONTGOMERY CITY JAIL
DRAWER 159
MONTGOMERY, ALABAMA 36101

TO: CLERK OF COURT
UNITED STATES FEDERAL COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101

36101+0711