Woods

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. 
Officer Armstrong
Montgomery Police Department
P. O. Box 159
Montgomery, AL 36101

2. Article Number
(Transfer from service label)   7007 1490 0000 0026 5070

2:07cv852WHA (ans due 11/26/07 Cmp/order R+R)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cadet Thens Baily
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                9-27-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes