**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

David Conoly
U. S. Probation Office
One Church Street
Frank M. Johnson Courthouse, 1st Floor
Montgomery, AL 36104

ans due 11/26/07
2:07cv852 (cmplsmo/order R+R)

2. Article Number (Transfer from service label)    7007 1490 0000 0026 5094

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent
             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
N. Wright    9-27-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes