Woods

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _N. Cain_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): N. Cain
C. Date of Delivery: 9/27/07

ddress different from item 1? ☐ Yes
r delivery address below: ☐ No

Leura G. Canary
U. S. Attorney
131 Clayton Street
Montgomery, AL 36104

2:07cv852-WHA (cmplsms/order R+R)   ans due 11/26/07

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☒ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5087

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540