IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TIMOTHY WOODS**, <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | )    Case No. **2:07-CV-852-WHA-WC** <br> ) |
| **DAVID A. CONOLY**, and <br> **KENNETH ARMSTRONG**, <br>     Defendants. | ) <br> ) <br> ) |

### SUGGESTION OF DEATH

COMES NOW the undersigned, without entering a notice of appearance, and respectfully notices the Court as follows:

### I. FACTS

1. The complaint in this matter was filed on September 21, 2007. See *Complaint* (Doc. 1-2), attached hereto as Exhibit A.

2. Service of process on Officer Armstrong was attempted by certified mail, and the return receipt was signed by Montgomery Police Department Cadet Bailey on September 27, 2007. See *Return Receipt* (Doc. 7), attached hereto as Exhibit B.

3. Montgomery Police Officer Kenneth M. Armstrong died in the line of duty on August 17, 2007, before this action was filed. See *Affidavit of Kevin J. Murphy*, attached hereto as Exhibit C. There is no other Montgomery Police Officer with the surname Armstrong.

4. Because this information might not otherwise have been made available to the Court and is clearly relevant to its consideration of this case, the undersigned respectfully submits the fact that Officer Kenneth M. Armstrong is deceased, and died before this case was filed.

## II. MEMORANDUM OF POINTS AND AUTHORITIES

5.      **Officer Armstrong Does Not Have Capacity to be Sued**. A party must have a legal existence as a prerequisite to having the capacity to sue or be sued. Adelsberger v. U.S., 58 Fed.Cl. 616, 618 -619 (Fed. Cl. 2003), citing Roby v. The Corp. of Lloyd's, 796 F.Supp. 103 (S.D.N.Y.1992); Brown v. Fifth Judicial District Drug Task Force, 255 F.3d 475 (8th Cir.2001); and Youell v. Grimes, 203 F.R.D. 503, 509 (D.Kan.2001).

6.      Officer Kenneth Armstrong died before the complaint was filed. A person who dies prior to the filing of a lawsuit is not a legal entity. Adelsberger v. U.S., 58 Fed.Cl. 616, 618 -619 (Fed. Cl. 2003), citing Mizukami v. Buras, 419 F.2d 1319 (5th Cir.1969) (defendant's death extinguishes claim); Moul v. Pace, 261 F.Supp. 616 (D.Md.1966) (wrongful death suit brought after defendant died dismissed); Chorney v. Callahan, 135 F.Supp. 35 (D.Mass.1955) (purported action a nullity because a dead man cannot be named defendant in an action); and Pasos v. Eastern S.S. Co., 9 F.R.D. 279 (D.Del.1949) (person who dies prior to filling suit is not a legal entity).

7.      Because a deceased individual is not a proper party, the action against Officer Armstrong is a nullity. Adelsberger v. U.S., 58 Fed.Cl. 616, 618 -619 (Fed. Cl. 2003), citing Banakus, 290 F.Supp. 259.

8.      **Rule 25(a)(1) Substitution Does Not Apply Here**. Further, Rule 25(a)(1) of the Federal Rules of Civil Procedure, which allows substitution for a deceased party does not apply here. Mizukami v. Buras, 419 F.2d 1319, 1320 (5th Cir. 1969)[1].

9.      Rule 25(a)(1) "clearly contemplates that the party to be substituted has

---

[1] Decisions of the U.S. Court of Appeals for the 5th Circuit decided prior to September 30, 1981 are binding precedent in the 11th Circuit. Bonner v. Pritchard, 661 F.2d 1206, 1207 (11th Cir.1981) (en banc).

died subsequent to the commencement of the lawsuit." Adelsberger v. U.S., 58 Fed.Cl. 616, 618 -619 (Fed. Cl. 2003), citing Mizukami, 419 F.2d 1319; Banakus, 290 F.Supp. at 260; Chorney, 135 F.Supp. 35 (complaint dismissed as a nullity because substitution of administrator ineffectual when defendant died before suit was filed); Moore's Federal Practice § 25.10, at 25-9 (2000); 7C Wright, Miller & Kane, Federal Practice and Procedure, Civil 2d § 1951, at 522 (1986); see also Hanberry v. United States, 204 Ct.Cl. 811, 1974 WL 5597 (1974). In this case, Officer Armstrong died prior to the filing of the action and thus substitution of any party in his stead would be inappropriate.

WHEREFORE, as an officer of the court, the undersigned hereby notices the Court of the foregoing, and suggests, on the record, that the death of Montgomery Police Officer Kenneth M. Armstrong occurred on August 17, 2007, before this action was filed.

Respectfully submitted this 26th day of November, 2007,

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Associate City Attorney

OF COUNSEL:
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I placed a copy of the foregoing in the United States Mail, first-class postage prepaid and addressed to: Timothy Woods, Montgomery City Jail, Post Office Box 159, Montgomery, Alabama 36101

/s/ Allison H. Highley
Of Counsel

# Exhibit A

Timothy WOODS
SS# 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
REG, NUMBER # 09369002
MONTGOMERY, CITY JAIL
P.O. BOX 159 MONTGOMERY, AL 36101

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 SEP 21 A 9:58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Full name and prison name of Plaintiff(s)

v.

DAVID A. Conoly, PROBATION OFFICER DOWN TOWN PROBATION OFFICE, MONTGOMERY, ALABAMA 36104 OFFICER ARMSTRONG MONTGOMERY, POLICE DEPARTMENT

Name of person(s) who violated your constitutional rights. (List the names of all the person.)

CIVIL ACTION NO. 2:07CV852-WHA
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☒ NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) TIMOTHY WOODS REG. NUMBER # 09369002 MONTGOMERY, CITY, JAIL P.O. BOX 159 MONTGOMERY, ALABAMA 36101

         Defendant(s) DAVID A. Conoly, PROBATION OFFICER And OFFICER ARMSTRONG, RACIST, KU KLUX KLANSMAN

      2. Court (if federal court, name the district; if state court, name the county)
         MONTGOMERY, FEDERAL COURT, UNITED STATES FEDERAL COURT; P.O. BOX 711 MONTGOMERY ALABAMA 36101

I need Civil Rights F.B.I Agents And U.S. Attorneys to come see today And get me out of this place! Today! I need S.O.S Help! Today!

Timothy Woods
S.S.# 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
Reg. number # 09369002

3. Docket number _____ **N/A**
4. Name of judge to whom case was assigned **N/A**

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) **N/A**
6. Approximate date of filing lawsuit **N/A**
7. Approximate date of disposition **N/A**

II. PLACE OF PRESENT CONFINEMENT **MONTGOMERY, CITY JAIL P.O. BOX 159 MONTGOMERY, ALABAMA 36101**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **AT HOME, IN GEORGIANA, ALABAMA 36033 Rte 3 Box 23**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. **DAVID A. CONOLY, PROBATION OFFICER DOWN TOWN MONTGOMERY, ALABAMA MONTGOMERY, ALABAMA 36104**
2. **OFFICER ARMSTRONG, MONTGOMERY, POLICE DEPARTMENT, MONTGOMERY, AL**
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **ON THE 5/8/2007 DAVID A. CONOLY PROBATION OFFICER! OFFICER ARMSTRONG**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:
ALSO; SUPPORTING FACTS!
GROUND ONE: **DAVID A. CONOLY U.S. FEDERAL PROBATION OFFICER DOWN TOWN, FEDERAL PROBATION OFFICE, MONTGOMERY, ALABAMA 36101**

**DAVID A. CONOLY, PROBATION OFFICER, SAID THAT I WAS NOT TAKEN; MY MENTAL, HEALTH; MEDICATIONS, BECAUSE I WAS TAKEN MY; MENTAL, HEALTH; MEDICATIONS, WHAT DOCTOR; PSYCHOLOGYS, MR. POWELL; AT THE GREENVILLE, ALABAMA; MENTAL HEALTH; CENTER! MEDICATIONS; THAT; DOCTOR, PSYCHOLOGYS, MR. POWELL, GIVE ME ONCES, A MONTH! AT THE MENTAL HEALTH; CENTER! IN; GREENVILLE, ALABAMA! DOCTOR POWELL, SAID THAT I CAN GET MY MENTAL; HEALTH, FUNDS CHECKS! BACK TODAY! AND I WAS GETTING MY MENTAL; HEALTH, CHECKS; ONCE A MONTH; FOR $4,900.00 DOLLARS!**

EVERY MONTH; THROUGH THE YEAR; I GET MY MENTAL HEALTH; funds check; once every month; through the year! I need to get my MENTAL HEALTH; funds checks! I need S.O.S HELP! TODAY! I need for the U.S. ATTORNEYS HERE IN MONTGOMERY, ALABAMA; to get ME OUT OF this place! TODAY! And WRITE ME BACK TODAY! I NEED YOU TO HAVE THE FEDS to come get ME OUT OF this place! TODAY! BECAUSE DAVID A. Conoly, said that I CAN go home, TODAY! OR to the halfway house! TODAY! I WAS AT MY MOTHER HOUSE, IN GEORGIANA, ALABAMA And DAVID A. Conoly, told me; here is A CARD And he give ME his card, to CALL him; WHEN I need to talk to him! FEDERAL COURT! I need for the FEDERAL AGENTS OF CIVIL Rights HERE; IN MONTGOMERY, ALABAMA; TO COME And get ME OUT OF THIS PLACE! TODAY! BECAUSE DAVID A. Conoly, is A RACIST, Ku Klu Klansman! BECAUSE I SUPPOSE to be AT MY MOTHER HOUSE; IN GEORGIANA, ALABAMA, I need for the U.S. ATTORNEY; HERE IN MONTGOMERY, ALABAMA; TO come get ME OUT OF; this, Montgomery, City, JAIL! TODAY! BECAUSE I AM READY to go home; TODAY! I need to get MY CLOTHES AND PROPERTY; FROM; MY MOTHER HOUSE AND UNCLE HOUSE; IN GEORGIANA, ALABAMA TODAY! I need S.O.S HELP! TODAY! I need to go home TODAY! I need the Civil Rights;

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

U.S. ATTORNEY'S; HERE IN MONTGOMERY, ALABAMA; to COME SEE ME And get ME OUT OF this MONTGOMERY, ALABAMA; CITY JAIL! TODAY! I NEED to go home TODAY COME get ME OUT OF this place! TODAY! I need to get OUT OF this place, TODAY. U.S. ATTORNEY; I need S.O.S HELP! TODAY

GROUND TWO: OFFICER ARMSTRONG, CAME to my MOTHER; HOUSE, IN GEORGIANA; ALABAMA, And taken my CAR, And DRIVE my CAR; to the MONTGOMERY, ALABAMA police station; And to the Montgomery police pound!

SUPPORTING FACTS: OFFICER ARMSTRONG, had no probable, CAUSE; to TAKE my CAR And DRIVE it to the MONTGOMERY police station, HERE IN MONTGOMERY, ALABAMA; OFFICER ARMSTRONG, had; no, Jurisdiction to come to GEORGIANA, ALABAMA ON the 5/6/2007 And COME from MONTGOMERY, ALABAMA, to GEORGIANA, ALABAMA with DAVID A. Conoly, And OFFICER ARMSTRONG, TAKEN my CAR And DRIVE it to the MONTGOMERY, ALABAMA; police STATION HERE IN MONTGOMERY, ALABAM

GROUND THREE: THEY ARE Ku Klux Klansman, DAVID A. Conoly! OFFICER ARMSTRONG

SUPPORTING FACTS: DAVID A. Conoly And OFFICER ARMSTRONG! HAVE no probable CAUSE; to HAVE ME IN this place! THE MONTGOMERY, CITY, JAIL! OR, FOR, THESE; Ku Klux KLANSMANS; FOR TAKEN my CAR! In this Civil Rights LAW SUIT, I AM Asking, FOR $100, Million Dollars, TODAY! In CASH, TODAY And A BUS ticket to go home; TODAY! I need S.O.S Help! TODAY! S.O.S. HELP! TODAY! S.O.S Help! TODAY! S.O.S Help! TODAY! I NEED S.O.S HELP! TODAY! S.O.S HELP! TODAY!

# AFFIDAVIT

SUPPORTING FACTS:   SWORN AFFIDAVIT OF TRUTH

THE MONTGOMERY POLICE STATION OFFICER ARMSTRONG, HAD NO; PROBABLE CAUSE to take my CAR; from, my mom house; IN GEORGIANA, ALABAMA, And DRIVE MY CAR to the montgomery Police Station And OFFICER ARMSTRONG, had, no; probable, CAUSE OR THE Jurisdiction, to come to GEORGIANA, ALABAMA WITH DAVID A. Conoly, PROBATION OFFICER And OFFICER Armstrong taken my CAR from my mother house! And DRIVE MY CAR to this montgomery, ALABAMA; Police Station Here; IN Montgomery! UNITED STATES FEDERAL COURT, I need to get my CAR BACK, from OFFICER Armstrong, At the montgomery, ALABAMA POLICE Station! BECAUSE OFFICER ARMSTRONG, had no; Jurisdiction OR probable CAUSE to come to GEORGIANA, ALABAMA, from Montgomery, ALABAMA; WITH RACIST DAVID A. Conoly And they ARE KU KLUX KLANSMANS! OFFICER ARMSTRONG, is A MONTGOMERY ALABAMA City police; OFFICER! OFFICER Armstrong; had no, PROBABLE; CAUSE OR THE Jurisdiction; OR; NO; PROBABLE; CAUSE, to come from montgomery ALABAMA; to GEORGIANA, ALABAMA; To take my CAR to the Montgomery, police; Station! And to the police pound! OFFICER ARMSTRONG; KEPT! MY CAR! In this Civil Rights LAW SUIT I Am ASKing FoR $100, Million Dollars, IN CASH! TODAY And A BUS ticket to go home; TODAY! I need the Civil Rights F.B.I AGENTS And civil Rights U.S. ATTORNEY, to come And get me out of this place! TODAY! Before I get Killed; By David A. Conoly, And OFFicer Armstrong! FEDERAL COURT, I need S.O.S HELP! TODAY! HAVE; THE F.B.I AGENTS; And THE U.S. ATTORNEYS, to come get me OUT OF this place! TODAY! BECAUSE I Suppose to be At Home; WITH MY MOTHER!

# AFFIDAVIT

SWORN AFFIDAVIT OF TRUTH

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

get civil Rights U.S. ATTORNEY'S; TODAY! for me And Civil Rights, F.B.I AgENTS; TODAY! for me And have them; to come see me TODAY! And get me out of this place; TODAY! I need S.O.S HELP! TODAY! BECAUSE I Do NOT SUPPOSE. to BE in this montgomery, CITY JAIL! I need to go home TODAY! I need the Civil Rights F.B.I AgENTS! And the U.S. ATTORNEY'S to come get me out; this place! TODAY!

I Timothy Woods, SS# 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 I did no WRong to no one in montgomery, ALABAMA or no where! RACIST DAVID A. Conoly, SAid I WAS going to A halfway house; ABOUT A month; Ago! And I Do NOT SUPPOSE to BE In this place! I have BEEN in this place; for ABOUT; five, months! I only take mental, health; medications; BECAUSE my; girl, friend; die, In, A CAR, CASh! Some while Ago! I need S.O.S Help! TODAY! I need to go home; TODAY! BECAUSE I FEAR for my well Beings! Civil Rights F.B.I AgENTS, And civil Rights; U.S. ATTORNEYS COME SEE ME TODAY! And get me out of this place! TODAY! S.O.S HELP TODAY!

Signature of plaintiff(s): _Timothy Woods_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/21/2007 (Date).

Signature of plaintiff(s): _Timothy Woods_



# Exhibit B

Woods

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cadet Reno Baily
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
9-27-07

ess different from item 1? ☐ Yes
elivery address below: ☐ No

1.
Officer Armstrong
Montgomery Police Department
P. O. Box 159
Montgomery, AL 36101

2:07cv852WHA (ans due 11/26/07) (cmp/order R+R)

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service la    7007 1490 0000 0026 5070

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TIMOTHY WOODS**, No. 09369002,<br>    Plaintiff,<br><br>v.<br><br>**DAVID A. CONOLY**, and<br>**KENNETH M. ARMSTRONG**,<br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No. **2:07-CV-852-WHA**<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF KEVIN J. MURPHY

STATE OF ALABAMA    )

COUNTY OF MONTGOMERY  )

Before me, a Notary Public in and for said State and County, personally appeared **Kevin J. Murphy** and, after first being duly sworn by me, did depose and state:

1. I am Lt. Col. Kevin J. Murphy and I am over nineteen years of age, have first-hand knowledge of the facts contained herein and am competent to testify thereto.

2. I am currently employed as Deputy Chief of Police for the Montgomery Police Department. As Deputy Chief of Police, I receive information on the facts and circumstances surrounding any incident where an MPD officer dies in the line of duty.

3. Montgomery Police Officer Kenneth M. Armstrong died in the line of duty on August 17, 2007.

4. I have read this affidavit consisting of two pages and affirm that it is true to the best of my knowledge, information and belief.

**Further Affiant saith not.**

                                                                */s/ Kevin J. Murphy*
                                                   Lt. Col. Kevin J. Murphy
                                                   Deputy Chief of Police
                                                   Montgomery Police Department

SWORN to and SUBSCRIBED before me this the 21st day of November 2007.

_____
Notary Public
My commission expires: 2-17-2010

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Feb 17, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

2